# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN GUNSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; SYMETRA LIFE INSURANCE COMPANY, a Washington corporation; I.B.E.W. LOCAL UNION 1245-ENERGY WORKERS CENTER, INC., a California corporation (DBA International Brotherhood of Electrical Workers - Local Union 1245); and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02814-TLN-KJN<br><br>(Honorable Troy L. Nunley)<br><br>**ORDER GRANTING STIPULATION FOR ADDITIONAL TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (NOT MORE THAN 28 DAYS)**<br><br>[Filed concurrently with Stipulation]<br><br>Original Response Date: November 20, 2018<br>Stipulated Date: December 18, 2018r<br><br>Complaint Filed: October 20, 2018 |

# **ORDER**

Based on the Stipulation of the parties, the deadline for Defendants Metropolitan Life Insurance Company and Pacific Gas & Electric Company to respond to Plaintiff's Complaint is hereby extended to December 18, 2018.

**IT IS SO ORDERED.**

Dated: December 18, 2018

_____
Troy L. Nunley
United States District Judge