# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN GUNSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; SYMETRA LIFE INSURANCE COMPANY, a Washington corporation; I.B.E.W. LOCAL UNION 1245-ENERGY WORKERS CENTER, INC., a California corporation (DBA International Brotherhood of Electrical Workers - Local Union 1245); and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02814-TLN-KJN<br><br>Honorable Troy L. Nunley<br>Courtroom: 2 - 15th Floor<br><br>**ORDER DISMISSING SYMETRA LIFE INSURANCE COMPANY**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: October 20, 2018 |

# **ORDER**

Based upon Plaintiff Arlene Gunski's ("Plaintiff") Statement of Non-Opposition to Defendant Symetra Life Insurance Company's ("Symetra") motion to dismiss, in which Plaintiff stated that she "does not oppose having an order entered that dismisses Plaintiff's complaint with prejudice as against Symetra," and pursuant to the Stipulation of the parties, Plaintiff's entire lawsuit as pled against Symetra, including each of her claims for relief against Symetra, is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: January 3, 2020

Troy L. Nunley
United States District Judge